**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TRACBEAM, L.L.C., <br><br>    Plaintiff, <br><br>    v. <br><br> AT&T INC.; AT&T MOBILITY L.L.C.; METROPCS COMMUNICATIONS, INC.; METROPCS WIRELESS, INC.; TEXAS RSA 7B3, L.P. d/b/a PEOPLES WIRELESS SERVICES; SPRINT NEXTEL CORPORATION; SPRINT SPECTRUM L.P.; NEXTEL OF CALIFORNIA, INC.; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INC.; NEXTEL OF NEW YORK, INC.; NEXTEL SOUTH CORP.; NEXTEL OF TEXAS, INC.; NEXTEL WEST CORP.; CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; GOOGLE, INC.; and SKYHOOK WIRELESS, INC.. <br><br>    Defendants, <br><br> and <br><br> LOCATION LABS, <br><br>    Intervenor. | **Case No. 6:11-cv-00096-LED** <br> CONSOLIDATED WITH <br> 6:12CV58 |

**ORDER**

Before the Court is Plaintiff TracBeam, L.L.C.'s Unopposed Motion to Consolidate Cases for Discovery and the *Markman* Hearing.  After considering the motion, the Court is of the opinion that it is meritorious.  It is therefore:

ORDERED that the above-numbered case is consolidated for purposes of discovery and the *Markman* hearing with *TeleCommunication Systems, Inc. v. TracBeam, L.L.C.*, 6:12-cv-58-LED (with case number 6:11-cv-96 to be the lead case).

ORDERED that March 22, 2012 is the deadline for Plaintiff TracBeam, L.L.C. and TeleCommunication Systems, Inc. regarding the Service of "Disclosures" pursuant to Paragraph 1 of the Discovery Order (ECF No. 114).

ORDERED that March 22, 2012 is the deadline for Plaintiff TracBeam to comply with P.R. 3-1 and P.R. 3-2 with respect to TeleCommunication Systems, Inc.

ORDERED that May 1, 2012 is the deadline for TeleCommunication Systems, Inc. to comply with P.R. 3-3 and P.R. 3-4, as well as for Plaintiff TracBeam and TeleCommunication Systems, Inc. to comply with service of "Additional Disclosures" pursuant to paragraph 2 of the Discovery Order (ECF No. 114).

**So ORDERED and SIGNED this 19th day of March, 2012.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**